TERRI KEYSER-COOPER
Nev. Bar #3984
100 N. Arlington Ave. #10F
Reno, NV 89501
Tele (775) 337-0323
Fax (775) 337-0471

DIANE K. VAILLANCOURT
Nevada Bar #9277
849 Almar Avenue, Suite C403
Santa Cruz, CA 95060
Tele (831) 4548-3440
Fax (831) 458-3653

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLA CONN, et al.<br><br>Plaintiffs<br><br>v.<br><br>CITY OF RENO et al,<br><br>Defendants. | Case No. 3:05-cv-00595 HDM (RAM)<br><br>**EX PARTE APPLICATION FOR ORDER DECLARING CHARLA CONN THE "NEXT OF KIN" FOR THE PURPOSE OF OBTAINING MENTAL HEALTH RECORDS FOR HER DECEASED MOTHER BRENDA CLUSTKA; ORDER** |

For purposes of this § 1983 jail suicide case, it is necessary to obtain Brenda Clustka's mental health records. Ms. Clustka was a patient at the Nevada Mental Health Institute on Galletti Way in Sparks, Nevada. Plaintiff CHARLA CONN, Ms. Clustka's daughter, has been appointed Special Administrator for the estate of her mother. (See Exhibit 1). Also attached is a true and correct copy of the death certificate of the decedent Brenda Jean Clustka (Exhibit 2).

Unfortunately, according to Eveyln Gilbert, supervisor of the Medical Records Department at the Mental Health Institute, presentation of Ms. Clustka's death certificate and Ms. Conn's Order appointing her special administrator is insufficient for plaintiff's counsel to obtain the mental health

1

records. Ms. Conn must also present either her birth certificate or a court order appointing her "next of kin" for her counsel to obtain the records. Ms. Conn is in Portland, Oregon and does not have handy her mother's birth certificate. Accordingly, Plaintiff Conn seeks a court order that she is "next of kin" for the purpose of obtaining her deceased mother's mental health records.

Dated: This 25 day of 2006.

_____
TERRI KEYSER-COOPER
DIANE K. VAILLANCOURT
*Attorneys for Plaintiff*

## ORDER

It is so ordered. This Court hereby declares the Plaintiff Charla Conn as "next of kin" for purposes of obtaining the mental health records of the decedent Brenda Jean Clustka.

Dated this 25th day of April, 2006

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that this Application and Order shall be served on counsel for Defendants.

DATED: April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2

TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
100 N. Arlington Ave., #10F
Reno, NV 89501
(775) 337-0323

*Attorneys for Charla Conn*

FILED
SEP 13 2005
RONALD A. LONGTIN, JR., CLERK
By: P. Stevens
DEPUTY

## IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

In the Matter of the estate of

BRENDA JEAN CLUSTKA,

Deceased.
_____/

Case No. PR05 00395

Dept. No. PR

Hearing Date:

**ORDER APPOINTING SPECIAL ADMINISTRATOR**

### ORDER APPOINTING SPECIAL ADMINISTRATOR

Upon the ex parte application of Terri Keyser-Cooper, Esq., attorney for the above-entitled Estate, and upon submission of a verified Petition for Letters of Special Administration, representing as follows:

1. The Decedent, Brenda Jean Cluska, died on or about April 28, 2005, in the County of Washoe, State of Nevada.

2. The Decedent, at the time of her death, was a resident of the County of Washoe, State of Nevada; and the Decedent had no assets subject to administration, but good cause exists for the appointment of a personal representative of the Decedent. Appointment of a personal representative is necessary in order to enable the bringing of a lawsuit for wrongful death of the Decedent.

3. The Decedent left no Will or Testament and died intestate. Petitioner Charla Conn is the daughter and heir of Decedent with right of priority to the Estate.

1

Exh 1

4. There is no person authorized to care for the Estate and to pursue the right of action on behalf of the Estate; and there is danger of the same being neglected and greatly damaged thereby for inability to pursue legal redress for the wrongful death of Decedent. Petitioner requested that she be authorized to immediately take charge of and care for said Estate's right of action for wrongful death.

5. Petitioner is qualified, having never been convicted of a felony, and is willing to act as Special Administrator of the Estate and to protect the Estate's right of action until an Executor/Administrator can properly be appointed at a later date.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the said Petitioner be, and hereby is, appointed as special administrator of the Estate of Brenda Clustka, deceased; and that Letters of Special Administration be issued to said Petitioner upon her taking the oath of office.

IT IS FURTHER ORDERED that all money received by this estate will be placed in the attorney's trust account until further order by the Court.

IT IS FURTHER ORDERED that the settlement of the decedent's lawsuit is subject to this Court's approval.

IT IS SO RECOMMENDED this 9 day of September, 2005,

Lynne K. Simons
PROBATE COMMISSIONER

IT IS SO ORDERED this 12 day of September, 2005,

Steven R. Kosach
PROBATE JUDGE

Submitted by:

LAW OFFICE OF TERRI KEYSER-COOPER

By _____
Terri Keyser-Cooper
Attorney for Charla Conn

2

# WASHOE COUNTY DISTRICT HEALTH DEPARTMENT
## VITAL STATISTICS
### Reno, Nevada

**STATE OF NEVADA — DEPARTMENT OF HUMAN RESOURCES**
**DIVISION OF HEALTH — SECTION OF VITAL STATISTICS**
## CERTIFICATE OF DEATH

ROLL 118 IMAGE 196

LOCAL FILE NUMBER: 1355

**DECEASED — NAME:** Brenda Jean CLUSTKA
**DATE OF DEATH:** April 28, 2005
**COUNTY OF DEATH:** Washoe
**SEX:** Female
**CITY, TOWN OR LOCATION OF DEATH:** Reno
**HOSPITAL OR OTHER INSTITUTION:** 911 Parr Blvd.
**RACE:** White
**HISPANIC ORIGIN:** no
**AGE:** 43
**DATE OF BIRTH:** October 16, 1961
**STATE OF BIRTH:** California
**CITIZEN OF WHAT COUNTRY:** U.S.A.
**Decedent's Education:** 12
**MARRIED, NEVER MARRIED, WIDOWED, DIVORCED:** Never Married
**SOCIAL SECURITY NUMBER:** 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
**USUAL OCCUPATION:** Waitress
**KIND OF BUSINESS OR INDUSTRY:** Restaurant
**STREET AND NUMBER:** 1695 Elmcrest Dr.
**INSIDE CITY LIMITS:** Yes
**RESIDENCE — STATE:** Nevada
**COUNTY:** Washoe
**CITY, TOWN, OR LOCATION:** Reno

**FATHER — NAME:** Joseph DeWayne Clustka
**MOTHER — MAIDEN NAME:** Donna Lou Summers

**INFORMANT — NAME:** Donna Lou Clustka
**MAILING ADDRESS:** 1695 Elmcrest Dr., Reno, Nevada 89503

**BURIAL, CREMATION, REMOVAL, OTHER:** Cremation
**CEMETERY OR CREMATORY NAME:** FitzHenry's Crematory
**LOCATION:** Carson City, Nevada 89511

**FUNERAL DIRECTOR — SIGNATURE:** [signature]
**LICENSE NUMBER:** 610
**NAME AND ADDRESS OF FACILITY:** Washoe Memorial 5401 Longley Ln #11, Reno, Nevada

**CERTIFIER (Coroner):** [signature] Vernon O. McCarty
**DATE SIGNED:** May 5, 2005
**HOUR OF DEATH:** 0950
**PRONOUNCED DEAD:** April 28, 2005 at 0950

**NAME AND ADDRESS OF CERTIFIER:** Vernon O. McCarty, Coroner, P.O. Box 11130, Reno, Nevada 89520
**LICENSE NUMBER:** WCC S. 35

**REGISTRAR:** [signature] Dep.
**DATE RECEIVED BY REGISTRAR:** May 5, 2005
**DEATH DUE TO COMMUNICABLE DISEASE:** No

**25. IMMEDIATE CAUSE:**
PART I (a) Hanging

**PART II OTHER SIGNIFICANT CONDITIONS:** [blank]
**AUTOPSY:** Yes
**WAS CASE REFERRED TO CORONER:** Yes

**ACC., SUICIDE, HOM., UNDET.:** Suicide
**DATE OF INJURY:** Apr. 28, 2005
**HOUR OF INJURY:** 0917
**DESCRIBE HOW INJURY OCCURRED:** Hanged self with bed sheet
**PLACE OF INJURY:** Detention Center
**LOCATION:** 911 Parr Boulevard, Reno, Nevada

**No. 283315**

**STATE REGISTRAR**
This is to certify that the above is a true and legal copy of the certificate on file in this office.

**Deputy Registrar:** Barbara Lee Hunt
**Date:** JUN 24 2005

WARNING: IT IS ILLEGAL TO ALTER OR COPY THIS DOCUMENT

EXH 2