TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar #3984
100 N. Arlington Ave. #10F
Reno, NV 89501
(775) 337-0323

DIANE K. VAILLANCOURT
Law Office of Diane K. Vaillancourt
Nevada Bar #9277
849 Almar Ave., Suite C403
Santa Cruz, CA 95060
(831) 458 3440
*Attorneys for Plaintiffs Charla Conn et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLA CONN, et al. | Case No. 3:05-cv-00595 HDM (RAM) |
| Plaintiffs | **PROTECTIVE ORDER TO PROTECT CONFIDENTIALITY OF CERTAIN MATERIALS** |
| v. | |
| CITY OF RENO, et al. | |
| Defendants. | |

Having heard the matter on July 27, 2006, at 9:00 a.m., the Court hereby makes the following findings and fact and conclusions of law:

Plaintiffs have sought production of the arrest and conviction records for David Clustka and Dale Clustka, brothers of the decedent Brenda Clustka. Plaintiffs have represented that these records are necessary for impeachment purposes should these individuals be called to testify or should their names be used in conjunction with an attempt to attack the character of the decedent Brenda Clustka. The defendants have objected to producing these records, citing to confidentiality concerns.

In addition, Plaintiffs have sought the production of information relating to the Tiburon software system for managing information regarding suspects and arrestees. Plaintiffs have represented that they need the Tiburon information to demonstrate what would have been entailed for RPD officers to flag Clustka's suicide threat and attempt in the paddy wagon and her history of suicide attempts using the Tiburon software, just as her history of violent tendencies, drug abuse, and mental health issues were flagged for notice in subsequent encounters. Defendants has objected to producing the requested information regarding the Tiburon software program citing to confidential, proprietary and protected trade secrets and City of Reno's contractual obligations to safeguard those interests.

This Court finds that these documents may be produced subject to the instant protective order designed to protect the confidentiality interests cited by the defendants.

Therefore, the Court authorizes defendant City of Reno to release all information in its possession concerning:

(1) Arrest and conviction records for Dale Clustka;

(2) Arrest and conviction records for David Clustka;

(3) All documents reflecting the use, ability, and/or capability of the Tiburon system as used by RPD officers in responding to calls and monitoring criminal suspects and arrestees.

The aforementioned information may be released only to:

(1) The Federal Court, as necessary for the conduct of the civil action filed by the Plaintiff therein. Any time documents produced pursuant to this protective order are to be used or attached to a pleading, said pleading shall be sealed.

(2) Present and future Plaintiffs' counsel of record in this federal civil action, plaintiff counsels' eyes only. Said documents are not to be disclosed to the plaintiff parties absent further court order permitting such disclosure.

(3) Any experts hired by the Plaintiffs for the purpose of prosecuting or defending the litigation of the federal civil action. The information release may be used solely for the purposes of litigation and settlement of this action. The experts are to return all copies of confidential documents to counsel at the conclusion of this lawsuit.

Counsel for the Plaintiffs to the federal civil action, prior to release of any information covered by this Order to their experts or other persons to whom this Court has allowed access, shall personally serve a copy of this order on those persons. Anyone who is served by Counsel is hereby noticed by all of the provisions contained herein, and further is noticed that any violation of this Order will be grounds for a finding of contempt by this Court. At the conclusion of this lawsuit, plaintiffs' counsel are required to return to counsel for the defendants all copies of confidential documents covered by this protective order.

While this Order allows the release of the information described herein to the persons authorized herein, the Order may be subject to other limiting or protection orders issued by the instant Court.

IT IS SO ORDERED.

Dated this ____1st____ day of August 2006.

_____
HONORABLE ROBERT A. McQUAID, JR.