1
2
3
4
5
6
7         **UNITED STATES DISTRICT COURT**
8             **DISTRICT OF NEVADA**
9

| | | |
|---|---|---|
| CHARLA CONN, et al., | ) | 3:05-cv-00595-HDM-WGC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CITY OF RENO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The clerk of the court shall proceed to tax costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rules 54-1 and 54-13. The court reserves its consideration of the pending motion for an order regarding conflicting costs awards (#98) and motion to deny costs (#147) until after the clerk has taxed costs and the parties have had an opportunity to file any motions to retax.

    **IT IS SO ORDERED.**

    DATED: This 7th day of May, 2012.

                                        */s/ Howard D. McKibben*
                                        UNITED STATES DISTRICT JUDGE